JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ANA, et al.<br><br>Defendants. | Case No. 8:17-cv-02263-SSS-JEMx<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. The Defendants' Motion for Summary Judgment is **GRANTED**; and

//
//
//

2. Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**, and the state law claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated: July 25, 2023

_____
SUNSHINE S. SYKES
United States District Judge